IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-00346-D

GAIL MCAFEE,                          )
                                      )
                 Plaintiff,           )
                                      )
         v.                           )          O R D E R
                                      )
MICHAEL J. ASTRUE,                    )
  Commissioner of                     )
  Social Security,                    )
                                      )
                 Defendant.           )
_____)

       This matter is before the Court on plaintiff's Motion for Judgment on the Pleadings and

defendant's Motion for Remand to the Commissioner.  Plaintiff's counsel indicated that she did

not oppose the defendant's Motion for Remand.

       Accordingly, for good cause shown, the Court hereby reverses the Commissioner's

decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the

Commissioner for further proceedings.  See Shalala v. Schaefer, 509 U.S. 292 (1993);

Melkonyan v. Sullivan, 501 U.S. 89 (1991).

       SO ORDERED this __11__ day of __August__, 2008.

                              JAMES C. DEVER III
                              UNITED STATES DISTRICT JUDGE